CARMELIA IRENE CASTON
17595 MIDWAY RD
TERRY, MS 39170

THOMAS C. ROLLINS, JR.
THE ROLLINS LAW FIRM, PLLC
P.O. BOX 13767
JACKSON, MS 39236

1ST FINANCIAL BANK
PO BOX 1050
NORTH SIOUX C, SD 57049-10!

ADVANCE FINANCIAL 24/7
100 OCEANSIDE DRIVE
NASHVILLE, TN 37204

AFFIRM, INC.
ATTN: BANKRUPTCY
650 CALIFORNIA ST
SAN FRANCISCO, CA 94108

BRIGHT LENDING
PO BOX 578
HAYS, MT 59527

CAPITAL ONE
ATTN: BANKRUPTCY
PO BOX 30285
SALT LAKE CITY, UT 84130

CHIMEFINAL
ATTN: BANKRUPTCY
PO BOX 417
SAN FRANCISCO, CA 94104

EXETER FINANCE LLC
PO BOX 166008
IRVING, TX 75016

FORTIVA
ATTN: BANKRUPTCY
P.O. BOX 105555
ATLANTA, GA 30348

INFINITY FINANCIAL
COLLECTIONS DEPT
1111 BRICKELL AVE
FLOOR 10, STE 70
MIAMI, FL 33131

JEFFERSON CAPITAL
ATTN: BANKRUPTCY
200 14TH AVE E
SARTEKK, MN 56377

KRISHONA CASTON
17595 MIDWAY RD
TERRY, MS 39170

LVNV FUNDING LLC
PO BOX 1269
GREENVILLE, SC 29602

MERIT HEALTH RIVER OAK
1030 RIVER OAKS DR
FLOWOOD, MS 39232

MIDLAND CREDIT MGMT
ATTN: BANKRUPTCY
PO BOX 939069
SAN DIEGO, CA 92193

MOHELA
633 SPIRIT DRIVE
CHESTERFIELD, MO 63005

MSPE CREDIT UNION
ATTN: BANKRUPTCY DEPT
613 S. WEST ST.
JACKSON, MS 39201

OPPORTUNITY FINANCIAL
ATTN: BANK
P.O. BOX 5040
CHICAGO, IL 60601

PATRICK JENKINS
442 CHILDRE RD
PEARL, MS 39208

REVVI
P.O. BOX 85800
SIOUX FALLS, SD 57118

VERIZON WIRELESS
P.O.BOX 408
NEWARK, NJ 07101