## PROCEEDING MEMO AND MINUTES OF
## THE CHAPTER 7 §341(a) MEETING
### 06/05/2026

IN RE:                                                    CASE NUMBER:  26-01274-JAW
   **CASTON, CARMELIA IRENE**

APPEARANCES:
(✓) DEBTOR 1                          ( ) DEBTOR 2 (Wife in Joint Cases)
   (✓) Required picture I.D. produced         ( ) Required picture I.D. produced
   (✓) Required SSN verification produced     ( ) Required SSN verification produced
   (✓) Pay advices received                   ( ) Pay advices received

Credit counseling certificate (✓) filed ( ) not filed.
Tax returns received for _____2025_____ (years) on ___05/19/2026___ (uploaded).
Financial documents were ( ) retained by trustee or ( ) returned to debtor(s) or ( ) forwarded to the Office of the UST.
( ) DEBTOR'S REPRESENTATIVE _____
(✓) ATTORNEY FOR DEBTOR(S): Thomas Carl Rollins, Jr. or substitute:
( ) DEBTOR(S) APPEARED PRO SE
      ( ) YES (NO) – If Pro Se, did anyone assist with preparation?
      ( ) YES (NO) – If Yes, has Debtor completed pro se form?

THE MEETING OF CREDITORS WAS:
(✓) HELD; OR
( ) NOT HELD; OR
( ) NOT CONCLUDED AND IS CONTNUED TO THE _____ DAY OF _____, 20____ AT
   _____ O'CLOCK __.M.

(✓) YES ( ) NO – Attorney for debtor has filed statement of compensation pursuant to 11 U.S.C.329.

( ) CREDITOR(S) _____
_____

DEBTOR(S) REQUIRED TO:
( ) AMEND Schedules and Statements within (10) days of §341(a) Meeting – Schedule _____
( ) OTHER: _____
_____
_____

In accordance with Rule 6007, FRBP, the trustee announced an intention to abandon any interest in: _____

ADDITIONAL: NOTES: _____
_____
_____
_____
_____

DATED: 06/05/2026

_____
STEPHEN SMITH, TRUSTEE

Track # ___068___ or Tape # _____, Side _____ Counter Start# _____