Certificate Number: 17082-MSS-DE-041243101

Bankruptcy Case Number: 26-01274



17082-MSS-DE-041243101

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on July 23, 2026, at 7:34 o'clock PM MST, CARMELIA  I CASTON completed a course on personal financial management given by internet by Summit Financial Education, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Southern District of Mississippi.

Date:   July 23, 2026                              By:      /s/Orsolya K Lazar

Name:   Orsolya K Lazar

Title:   Executive Director